| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0206/1:04-CR-441-01 LEK |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 07CRIM 343 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Charles Murray 70 West 115th Street, Apt. 13A New York, NY 10026 | DISTRICT NORTHERN DISTRICT OF NEW YORK | DIVISION U.S. Probation - Albany |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Lawrence E. Kahn, USDCJ | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/21/06 — TO 11/20/07 |

OFFENSE

21 U.S.C. § 842(b): Use of a Communication Facility in Furtherance of a Felony Drug Offense.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/5/07
Date — United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 2 6 2007
Effective Date — United States District Judge

RONALD L. ELLIS
United States Magistrate Judge
Southern District of New York