

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

## MEMORANDUM

**07CRIM 343**

| | |
|---|---|
| **TO:** | Jim Molinelli<br>Criminal Part 1 Clerk |
| **FROM:** | Claudell Brehon<br>U.S. Probation Officer |
| **RE:** | Charles Murray<br>04 CR 441-01 |
| **DATE:** | APRIL 18, 2007 |

### TRANSFER OF JURISDICTION APPROVAL

On March 5, 2007, the Transfer of Jurisdiction Request from the Northern District of New York to the Southern District of New York, was approved by the Honorable Lawrence E. Kahn, U.S. District Judge for the Northern District of New York.

Enclosed please find the original of the Probation Form 22 (Transfer of Jurisdiction Order) and the original memo from the Northern District of New York.

Please feel free to contact me if you have any questions or need further information regarding this request at (212) 805-0065.

Thank you

Claudell Brehon
U.S. Probation Officer

APR 2 6 2007