

```
                                                            USDS SDNY
                                                            DOCUMENT
                                                            ELECTRONICALLY FILED
                                                            DOC #: _____
                                                            DATE FILED: 10/23/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

**Petition for Summons
with Attached Request for
Court Action Direction Detailing Probable Cause**

Offender: Charles Murray                                    Docket Number: 07CR00343

Sentencing Judge: Honorable Lewis A. Kaplan, U.S. District Judge

Date of Original Sentence:      November 21, 2006

Original Offense:    Use of a Communication Facility in Furtherance of a Felony Drug Offense (21 USC 843(b) Class E felony.

Original Sentence:   48 months imprisonment; one year supervised release.

Type of Supervision:  Supervised Release    Date Supervision Commenced:   November 21, 2006

## PETITIONING THE COURT TO ISSUE A SUMMONS

The offender has not complied with the following conditions of supervision:

Violation
Number      Nature of Noncompliance

1    ON OR BEFORE NOVEMBER 27, 2006, APRIL 11, 2007, JUNE 18, 2007, AND JUNE 26, 2007, THE RELEASEE USED A CONTROLLED SUBSTANCE, TO WIT, COCAINE. MANDATED CONDITION, MANDATORY REVOCATION, GRADE C VIOLATION.

2    ON OR ABOUT SEPTEMBER 20, 2007, IN NEW YORK COUNTY THE RELEASEE WAS CONVICTED OF A LOCAL CRIME, PETIT LARCENY, IN VIOLATION OF NEW YORK STATE PENAL LAW CODE 155.25 A CLASS A MISDEMEANOR, AND RECEIVED A JUDGEMENT OF TIME SERVED. MANDATED CONDITION, GRADE C VIOLATION.

3    ON OR AFTER SEPTEMBER 13, 2007, OR WITHIN 72 HOURS THEREAFTER, THE RELEASEE FAILED TO NOTIFY THE U.S. PROBATION OFFICER OF BEING ARRESTED BY A LAW ENFORCEMENT OFFICER. CONDITION #11, GRADE C VIOLATION.

I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation

(Rev. eVOP 10 26 06)

is attached)

                                          Respectfully submitted,

                                          Chris J. Stanton
                                          Chief U.S. Probation Officer

                                          Claudell Brehon
                                          U.S. Probation Officer
                                          (212) 805-0065

Approved By:

_____
Timothy S. Murphy    Date
Supervising U.S. Probation Officer

(Rev. eVOP 10-26-06)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[✓]   The Issuance of a Summons
       The Offender is directed to appear as follows:

       Date: _____
       Time: _____
       Place: _____

[ ]   The Issuance of a Warrant
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Other

_____
Signature of Judicial Officer

10/22/07
_____
Date

(Rev eVOP 10-26-06)